```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARILYN BLANCO,
 on behalf of herself and her infant child I.B.,

                          Plaintiff,

     -against-

SUCCESS ACADEMY CHARTER SCHOOLS, INC.
 et al,

                         Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

23-CV-1652 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Monday, November 6, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **October 30, 2023 by 5:00 p.m.**

      SO ORDERED.

Dated: July 26, 2023
      New York, New York

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge