# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/27/2023__



STOLL, GLICKMAN
& BELLINA LLP ATTORNEYS

5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

**APPLICATION GRANTED:** The Settlement conference in this matter scheduled for <u>Monday, November 6, 2023 at 2:00 p.m.</u> is hereby adjourned.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**10/27/2023**

Hon. Katharine H. Parker                                    October 26, 2023
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007
BY ECF

Re:     <u>Marilyn Blanco et al., v. Success Academy, et al.</u>, 23 cv 1652 (LJL)(KHP)

Your Honor -

Plaintiffs write requesting an adjournment of the settlement conference currently scheduled for November 6, 2023.  Defendants consent to the request.

As the court is aware, there is a pending Motion to Dismiss in this matter and a stay of discovery until the motion is decided.  The Motion, if granted, could be fully dispositive of Ms. Blanco's personal claims (though not of her claims as parent of I.B.).  Plaintiff therefore believes that a settlement conference would have a greater chance of being successful once these matters are resolved.

If this request is granted, Plaintiff will notify the court when the Motion is resolved to schedule a new conference at the court's convenience.  We thank the court for its consideration of this matter.

Sincerely,

S/ *Leo Glickman*

Leo Glickman