```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MARILYN BLANCO,                                                      :
                                                                     :
                                Plaintiff,                           :
                                                                     :          23-cv-01652 (LJL)
                -v-                                                  :
                                                                     :                ORDER
SUCCESS ACADEMY CHARTER SCHOOLS et al,                               :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024

LEWIS J. LIMAN, United States District Judge:

By order of August 11, 2023, the Court stayed discovery and ordered the parties to submit a revised case management plan within two weeks of a decision on the motion to dismiss. Dkt. No. 51. The Court issued an Opinion and Order on the motion to dismiss the Second Amended Complaint on July 16, 2024. Dkt. No. 60. No case management plan has been filed and aside from an answer having been filed on July 30, 2024, there has been no activity posted to the docket. Plaintiffs are directed to submit a proposed case management plan by December 2, 2024, or to show cause why, in the absence of a case management plan or any other activity in the case, the matter should not be dismissed for failure to prosecute.

    SO ORDERED.

Dated: November 15, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                             United States District Judge