

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

December 29, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____12/30/2025____

**MEMO ENDORSED**

**<u>Via ECF</u>**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   ***<u>Blanco v. Success Academy Charter Schools, Inc. et al.</u>***, **No. 1:23-cv-01652**

Dear Judge Parker,

The parties write jointly to request an adjournment of the settlement conference that is currently scheduled for January 8, 2026, with the parties due to submit their pre-conference submissions by January 5, 2026. The parties request an adjournment because the summary judgment briefing deadlines have changed since the conference was originally scheduled, and Defendants' summary judgment motion now will not be fully briefed until February 6, 2026. <u>The parties believe that the settlement conference will be more productive after the motion is fully briefed and thus respectfully request that the Court adjourn the settlement conference</u> to the week of February 23, 2026, and extend the deadline of the parties' pre-conference submissions to February 18, 2026, by 5:00 p.m.

<u>This is the parties' first joint request for an adjournment and an extension of time in connection with the settlement conference.</u>

The Court's attention to this matter is greatly appreciated.

<u>**APPLICATION GRANTED:**</u>  **The settlement conference in this matter scheduled for <u>Thursday, January 8, 2026 at 10:00 a.m.</u> is hereby adjourned sine die.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**12/30/2025**

Respectfully,

___/s/ Georgia K. Winston___
Georgia K. Winston

*Counsel for Defendants*


__/s/ Leo Glickman_____
Leo Glickman

*Counsel for Plaintiff*