UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

MARILYN BLANCO, *on behalf of herself and her infant child I.B.*,

                      Plaintiff,

           -v-

SUCCESS ACADEMY CHARTER SCHOOLS, INC., et al.

                    Defendants.

----------------------------------------------------------------------X

23-cv-01652 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 05/04/2026

LEWIS J. LIMAN, United States District Judge:

      Plaintiff filed the declaration of Leo Glickman at Dkt. No. 127 on January 19, 2026. The declaration references twenty-five exhibits. Plaintiff did not file these exhibits as an attachment to the declaration, but rather filed simply a motion to seal. *See* Dkt. No. 128. The Court's Individual Practices in Civil Cases specifies that a party seeking to file documents in redacted form and/or under seal must file those documents under seal simultaneously with the letter motion for sealing. Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Attachment A. Plaintiff did not do so. Plaintiff shall file the exhibits by May 6, 2026. If the exhibits are not timely filed, the Court shall disregard the citation to them.

      SO ORDERED.

Dated: May 4, 2026
      New York, New York

                    _____
                           LEWIS J. LIMAN
                     United States District Judge