UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2026

------------------------------------------------------------------X
                                                          :
MARILYN BLANCO, *on behalf of herself and her infant*    :
*child I.B.*,                                              :
                                                          :
                                                          :
                              Plaintiff,                  :        23-cv-01652 (LJL)
                                                          :
                                                          :
          -v-                                             :        ORDER
                                                          :
                                                          :
SUCCESS ACADEMY CHARTER SCHOOLS, INC., et                :
al.                                                       :
                                                          :
                              Defendants.                 :
                                                          :
                                                          :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff is in default of the Court's order of May 4, 2026, Dkt. No. 139, directing her to file the exhibits referenced in the declaration of Leo Glickman at Dkt. No. 127. Plaintiff shall file the exhibits by May 8, 2026 at 5:00 p.m. If the exhibits are not timely filed, the Court shall disregard the citation to them.

SO ORDERED.

Dated: May 7, 2026
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                United States District Judge