UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MARILYN BLANCO, *on behalf of herself and her infant* :
*child I.B.*,                                                             :
                                                                         :
                                    Plaintiff,                           :          23-cv-01652 (LJL)
                                                                         :
                     -v-                                                 :          ORDER
                                                                         :
SUCCESS ACADEMY CHARTER SCHOOLS, INC., et :
al.                                                                      :
                                                                         :
                                    Defendants.                          :
                                                                         :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court received the attached communication from counsel for Plaintiff stating that he did not receive notification of the Court's orders of May 4, 2026 and May 7, 2026, Dkt. Nos. 139, 140, directing Plaintiff to file the exhibits referenced at Dkt. No. 127. Plaintiff shall file the exhibits by May 10, 2026. If the exhibits are not timely filed, the Court shall disregard the citation to them.

SO ORDERED.

Dated: May 8, 2026
        New York, New York                          _____
                                                              LEWIS J. LIMAN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2026

## Liman NYSD Chambers

| | |
|---|---|
| **From:** | Leo Glickman <lglickmanps@gmail.com> |
| **Sent:** | Friday, May 8, 2026 1:55 PM |
| **To:** | Liman NYSD Chambers |
| **Cc:** | gwinston@wmhwlaw.com |
| **Subject:** | Blanco v. Success Academy |

**CAUTION - EXTERNAL:**


I tried calling but no one picked up. My partner Andrew Stoll just informed me about the ecf bounce from yesterday and called me. The bounces diverted to my "other" inbox in outlook and I did not see them (this has not happened before). I am in my car driving to Ohio to pick up my daughter from college and I do not have access to send the exhibits. I can do over the weekend. Can the court please extend me this courtesy and my apologies.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1