UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MARILYN BLANCO, *on behalf of herself and her infant* :
*child I.B.*,                                                          :
:
                               Plaintiff,            :            23-cv-01652 (LJL)
:
             -v-                                      :            ORDER
:
SUCCESS ACADEMY CHARTER SCHOOLS, INC., et :
al.                                                  :
:
                               Defendants.           :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff filed five motions to seal in connection with Defendants' motion for summary judgment and Defendants' motion to preclude the opinion testimony of Dr. Ami Norris-Brilliant. Dkt. Nos. 106, 107, 118, 122, 128. Defendants filed three motions to seal in connection with the motions. Dkt. Nos. 98, 108, 130. The parties did not propose narrowly tailored redactions consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

The Court denies the parties' motions to seal and grants the parties leave to refile the motions by June 5, 2026. The parties are directed to follow the procedures provided in the Court's Individual Practices. *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Attachment A.

SO ORDERED.

Dated: May 29, 2026
       New York, New York
                                          _____
                                          LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/29/2026