# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MARILYN BLANCO, on behalf of herself and her infant child I.B,

                                   Plaintiff,

                  -against-

SUCCESS ACADEMY CHARTER SCHOOLS, INC., et al.,

                                   Defendants.

-------------------------------------------------------------------------X

       23 **CIVIL** 1652 (LJL)

       **<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2026, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     June 11, 2026

                                   **TAMMI M. HELLWIG**

                                    **Clerk of Court**

              **BY:** _____
                                **Deputy Clerk**